UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-60597-CIV-COHN/STRAUSS

CHANEL, INC.,

    Plaintiff,

v.

CHANELFAKES.COM, *et al.*,

    Defendants.
_____/

## ORDER GRANTING MOTION TO ENFORCE JUDGMENT FOR A SPECIFIC ACT

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Enforce Judgment for a Specific Act [DE 33] ("Motion"). The Court has carefully reviewed the Motion and the record, and is otherwise fully advised in the premises.

On April 28, 2021, Plaintiff filed its Motion for Entry of Final Default Judgment and Permanent Injunction against Defendants, the Individuals, Partnerships, and Unincorporated Associations identified on Schedule "A" thereto ("Defendants") for failure to appear, answer, or otherwise plead to the Complaint within the time required. See Plaintiff's Motion for Entry of Final Default Judgment Against Defendants [DE 27]. On May 13, 2021, the Court granted Plaintiff's Motion and entered a Final Default Judgment [DE 28] ("Permanent Injunction"), which permanently enjoined Defendants, *inter alia*, from manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell any products bearing Plaintiff's trademarks.

In addition, the Permanent Injunction, among other things, ordered the Subject Domain Names which are owned by Defendants, "to be immediately transferred by Defendants, their assignees and/or successors in interest or title, and the Registrars to Plaintiff's control." Id. at 3. Furthermore, the Permanent Injunction ordered (i) all rights, title, and interest to the Subject Domain Names be transferred by Defendants, their agent(s) or assign(s), to Plaintiff, and (ii) the Subject Domain Names be delisted or deindexed from all search engines per the written instruction of Defendants, their agent(s) or assign(s). See id.

Rule 70(a) of the Federal Rules of Civil Procedure provides that, with respect to a party's failure to perform a specific act required by a judgment, "the court may order the act to be done—at the disobedient party's expense—by another person appointed by the court. When done, the act has the same effect as if done by the party." Fed. R. Civ. P. 70(a). Because certain Defendants have failed to comply with the Court's domain transfer directive within the time period set forth in the Permanent Injunction, the Court finds it appropriate, pursuant to Rule 70, to appoint a third-party to execute the specific acts ordered therein on behalf of those Defendants.[1]  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Enforce Judgment for a Specific Act [DE 33] is **GRANTED** as follows:

1.	The Court appoints the **CLERK OF COURT** as the third-party to execute the documents attached as Composite Exhibit "1" to Plaintiff's Motion [DE 33-1], and

---

[1] Plaintiff limited its request for relief to certain Internet websites and associated domain names. Thus, Plaintiff's relief is limited to those specific Defendants and corresponding domain names identified on Schedule "A" to Plaintiff's Motion to Enforce Judgment for a Specific Act, which is attached to this Order.

thereby transfer all dominion and control, and right, title, and interest in and to the Subject Domain Names identified on Schedule "A" hereto, from the Defendants to Plaintiff Chanel, Inc.

2. Plaintiff is ordered to serve a copy of this Order upon the Defendants by providing the address to Plaintiff's designated serving notice website to Defendants via the e-mail addresses provided by each Defendant as part of the domain registration records for each of their respective domain names, including service via registrar, or directly on the Internet website operating under each of their respective corresponding domain names, including customer service e-mail addresses and onsite contact forms; or via website posting by posting a copy of the same on Plaintiff's designated serving notice website appearing at the URL: http://servingnotice.com/cd51te/index.html, and file proof of such service with the Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 4th day of June, 2021.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF

**SCHEDULE "A"**
**NONCOMPLYING DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAME**

| Defendant Number | Defendant / Subject Domain Name |
|---|---|
| 2 | essenceofluxury103.ru |
| 3 | backpacksbags.ru |
| 3 | cheapclutches.ru |
| 3 | shoulderbags.ru |
| 5 | fabag.co |
| 9 | luxurytasticreplicas.ru |
| 9 | luxurytastic.com.co |
| 16 | buyalux.ru |
| 24 | freebuyer.ru |
| 32 | leather5a.ru |
| 39 | miaboutique.cn |
| 40 | pbuy2021.cf |
| 42 | popbag.ru |
| 43 | rankabags.ru |
| 47 | spotreplicajewelryuk.cn |
| 50 | upscalebags.cn |
| 53 | yatik.cn |